MN-305

#1831
mv

RECEIVED

10 FEB 26  AM 9: 40

U.S. BANKRUPTCY COURT
ST. PAUL, MN

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

ISAACS, KARI SUZANNE,

Case No. 07-31843
Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS
## THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☒ Unclaimed Dividends

☐ Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wings Financial<br>14985 Glazier AV #100<br>Apple Valley, MN 55124 | 21 | 412.74 | 15.28 |
| | | | |

Date:    February 25, 2010

_____
Patti J. Sullivan, Trustee