MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR(S): ISAACS, KARI SUZANNE

CASE NUMBER: 07-31843:

PLEASE CHECK ONE:

☐ UNCLAIMED DIVIDENDS

■ DISTRIBUTION LESS THAN $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Capital One Bank c/o TSYS Debt Management, PO Box 5155 Norcross, GA 30091 | 1 | 1,488.63 | 0.71 |
| WELLS FARGO FINANCIAL BANK ATTN PAYMENT PROCESSING, PO BOX 14487 DES MOINES, IA 50306 | 2 | 5,443.33 | 2.61 |
| WELLS FARGO FINANCIAL BANK ATTN PAYMENT PROCESSING, PO BOX 14487 DES MOINES, IA 50306 | 5 | 2,097.92 | 1.01 |
| Dell Financial Services, LP c/o Resurgent Capital Services, P.O. Box 10390 Greenville, SC 29603-0390 | 8U | 656.34 | 0.31 |
| PREMIER BANKCARD/CHARTER PO BOX 2208 VACAVILLE, CA 95696 | 9 | 665.99 | 0.32 |
| ASSET ACCEPTANCE LLC ASSIGNEE/BALLY'S PERIMETER CREDIT, PO BOX 2036 WARREN, MI 48090-3036 | 10 | 742.99 | 0.35 |
| LVNV Funding LLC its successors and assigns as assignee of MHC Receivables LLC, Resurgent Capital Services, PO Box 10587 Greenville, SC 29603-0587 | 12 | 936.33 | 0.45 |
| Merrick Bank c/o Weinstein & Riley, P.S., PO Box 3978 Seattle, WA 98124-3978 | 13 | 1,828.88 | 0.87 |
| eCAST Settlement Corporation assignee of Citibank USA NA/HOME DEPOT, POB 35480 Newark, NJ 07193-5480 | 14 | 571.63 | 0.28 |

MN-305
(10/00)

| | | | |
|---|---|---|---|
| Roundup Funding, LLC<br>MS 550, PO Box 91121<br>Seattle, WA 98111-9221 | 15 | 1,111.45 | 0.53 |
| eCAST Settlement Corporation assignee of<br>GE Money Bank/JC Penney Consumer, POB 35480<br>Newark, NJ 07193-5480 | 16 | 749.60 | 0.36 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card, Services<br>III,POB 35480<br>Newark, NJ 07193-5480 | 17 | 937.60 | 0.45 |
| eCAST Settlement Corporation assignee of<br>HSBC Bank Nevada NA / HSBC Card, Services<br>III,POB 35480<br>Newark, NJ 07193-5480 | 19 | 613.05 | 0.29 |
| Minnesota Gastroenterolgy PA<br>SDS 12, 1488,PO Box 86<br>Minneapolis, MN 55486-1488 | 23 | 73.23 | 0.04 |
| St Paul Radiology<br>166-4th Street East<br>St Paul, MN 55101-1421 | 24 | 53.09 | 0.02 |
| | | | |

DATE: March 3, 2010     /e/Patti J. Sullivan
                        Patti J. Sullivan, Trustee

DISTRIBUTION:
    Original to Clerk of Court